978 A.2d 349

Aquil BURGESS, Petitioner

v.

COURT OF COMMON PLEAS PHILA. COUNTY, Respondent.

No. 92 EM 2009.

Supreme Court of Pennsylvania.

Aug. 6, 2009.

*ORDER*

PER CURIAM.

AND NOW, this 6th day of August, 2009, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are DISMISSED. *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453, 462 (1994) (hybrid representation improper). The Prothonotary is

directed to forward the instant filings to Petitioner's counsel of record. *See Commonwealth v. Burgess,* 3369 EDA 2008.